January 23, 1981.

432 A.2d 253

Adkins et al. v. Nationwide Mutual et al.

Appeal of Trooper Heat and Fuel and Harry Groff.

Argued June 10, 1980. Robert J. Kerns, for appellant; Michael J. Daniels, for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.